1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    OSCAR RAMOS,                                Case No.  2:24-cv-3373-JDP

12              Plaintiff,

13         v.                                     INITIAL PRETRIAL SCHEDULING ORDER

14    WALEED ABDULA ALOMERI, *et al.*,

15              Defendants.

16

17        This case was before the court on April 24, 2025, for an initial pretrial scheduling

18    conference.[1]  Attorney Richard Mac Bride appeared on behalf of plaintiff; attorney Alfonso Poire

19    appeared on behalf of defendants.  After hearing and review of the parties' joint status report,

20    ECF No. 15, the court hereby enters the following scheduling order:

21                              **SERVICE OF PROCESS**

22        Service of process is undisputed.

23            **JOINDER OF PARTIES AND AMENDMENTS TO PLEADINGS**

24        No further joinder of parties or amendments to pleadings will be permitted except with

25    leave of court, which will be granted only upon a finding of good cause.

26

27
_____
28        [1] This case proceeds before the undersigned pursuant to the parties' consent.  ECF No. 9;
      *see* 28 U.S.C. § 636(c).

                                         1

1

**JURISDICTION AND VENUE**

2

Jurisdiction and venue are not disputed.

3

**DISCOVERY**

4  All discovery shall be completed by **October 9, 2026**.  In this context, "completed" means

5  that all discovery shall have been conducted; all depositions shall have been taken; any disputes

6  relative to discovery shall have been resolved by appropriate order, if necessary; and the relevant

7  parties shall have complied with any orders relating to discovery.  Motions to compel discovery

8  shall be noticed on the undersigned's law and motion calendar in accordance with the local rules

9  and shall be heard not later than **September 17, 2026**.  The parties are advised that they must

10  comply with the undersigned's procedures for civil matters—which require, *inter alia*, an

11  informal discovery conference with the undersigned—before the court will consider a discovery

12  motion.[2]  The parties shall serve Rule 26(a) disclosures by no later than **May 8, 2025**.

13

**EXPERT DISCLOSURE**

14  The parties shall designate in writing, and shall serve upon all other parties, the names of

15  any experts whom they propose to tender at trial in accordance with the following schedule:

16  initial expert disclosures shall be served on or before **August 21, 2026**, and any rebuttal

17  disclosures shall be served on or before **September 4, 2026**.  The designation shall be

18  accompanied by a written report that complies with Federal Rule of Civil Procedure 26(a)(2).

19  An expert witness not disclosed in accordance with this schedule will not be permitted to

20  testify unless the party offering the witness demonstrates that: (a) the necessity of the witness

21  could not have been reasonably anticipated at the time disclosure was required; (b) the court and

22  all other parties were promptly notified upon discovery of the witness; and (c) the witness was

23  promptly proffered for deposition.  Failure to provide the information required along with the

24  expert designation may lead to exclusion of the expert's testimony or other appropriate sanctions.

25  All experts are to be fully prepared to render an informed opinion at the time of

26  designation so that they may fully participate in any deposition taken by the opposing party.

27

28

---

[2] A copy of the undersigned's procedures is available on the court's website.

1  Testimony regarding late-disclosed opinions that reasonably should have been available at the

2  time of designation will not be permitted.

3  **MOTION HEARING SCHEDULES**

4  All dispositive motions shall be completed—that is, fully heard—by **December 3, 2026**.

5  The parties are cautioned that they must comply with the local rules regarding the requirements

6  for noticing such motions on the court's regularly scheduled law and motion calendar.  A non-

7  moving party shall file with the court an opposition or statement of non-opposition to any

8  properly noticed motion no later than fourteen days after the motion's filing.  *See* E.D. Cal. L.R.

9  230(c).  Any reply by the moving party shall be filed with the court no later than ten days after the

10  opposition's filing.  *See* E.D. Cal. L.R. 230(d).  Memoranda of Points and Authorities in support

11  of or in opposition to motions shall not exceed twenty-five pages in length; reply briefs shall not

12  exceed fifteen pages.  Absent leave of court, each party is limited to filing one motion for

13  summary judgment or partial summary judgment.  This paragraph does not preclude motions for

14  continuances, temporary restraining orders, or other emergency applications.

15  The parties should keep in mind that the purpose of law and motion is to narrow and

16  refine the legal issues raised by the case, and to dispose of by pretrial motion those issues that are

17  susceptible to resolution without trial.  To accomplish that purpose, the parties need to identify

18  and fully research the issues presented by the case, and then examine those issues in light of the

19  evidence gleaned through discovery.  If it appears to a party after examining the legal issues and

20  facts that an issue can be resolved by pretrial motion, the party shall file the appropriate motion

21  by the dispositive motion cutoff set forth above.

22  All purely legal issues are to be resolved by timely pretrial motion.  The parties are

23  reminded that motions in limine are procedural devices designed to address the admissibility of

24  evidence.  The parties are cautioned that the court will look with disfavor upon substantive

25  motions presented in the guise of motions in limine at the time of trial.

26  **FURTHER SCHEDULING**

27  A final pretrial conference will be set before the undersigned after the resolution of any

28  dispositive motions or, if no dispositive motions are filed, after the passage of the dispositive

3

motion deadline.  A trial date will be determined at the final pretrial conference, and the parties should be prepared to confirm a trial date within 60 to 120 days from the date of the pretrial conference.

## SETTLEMENT CONFERENCE

Judge Peterson's Courtroom Deputy, Nic Cannarozzi, will contact the parties in due course to facilitate the scheduling of a settlement conference.

IT IS SO ORDERED.


Dated:    April 24, 2025        _____
                               JEREMY D. PETERSON
                               UNITED STATES MAGISTRATE JUDGE

4